607 A.2d 562

**Mario Troy GIBSON a/k/a Warren Troy Gibson,**

**v.**

**STATE of Maryland.**

**No. 23, Sept. Term, 1992.**

Court of Appeals of Maryland.

June 12, 1992.

Melissa M. Moore, Asst. Public Defender (Stephen E. Harris, Public Defender), Baltimore, for petitioner.

Kreg Paul Greer, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen.), Baltimore, for respondent.

Submitted to MURPHY, C.J., and ELDRIDGE, RODOWSKY, McAULIFFE, CHASANOW, KARWACKI and BELL, JJ.

### ORDER

The Court having considered and granted the petition for a writ of certiorari in the above captioned case, it is this 12th day of June, 1992

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated and the case remanded to the Court of Special Appeals for consideration in light of *Warrick v. State*, 326 Md. 696, 607 A.2d 24 (1992). Costs in this Court and in the Court of Special Appeals to be paid by Talbot County.